IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:06-cr-1324 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ALEJANDRO HERNANDEZ NICOLAS** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:06-cr-1324, filed December 19, 2006, against the Defendant, **ALEJANDRO HERNANDEZ NICOLAS**, be and the same is hereby dismissed without prejudice.

s/ *Sherri A. Lydon*
UNITED STATES DISTRICT JUDGE

Florence, S.C.
March 30, 2021